**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BASF CORPORATION, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 4:14-CV-02733 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SNF HOLDING COMPANY, | § | |
| FLOPAM INC., CHEMTALL INC., | § | |
| SNF SAS, SNF (CHINA) FLOCCULANT | § | |
| CO., LTD, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS SNF HOLDING COMPANY, FLOPAM INC., CHEMTALL INCORPORATED, AND SNF SAS'S MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW

Before this Court is Defendants SNF Holding Company, Flopam Inc., Chemtall Incorporated, and SNF SAS's Motion to Stay Litigation Pending *Inter Partes* Review of the U.S. Patent No. 5,633,329. Having considered the parties submissions, and for good cause, IT IS HEREBY ORDERED that:

Defendants SNF Holding Company, Flopam Inc., Chemtall Incorporated, and SNF SAS's Motion to Stay is GRANTED. This civil action shall be stayed pending the outcome of the *inter partes* review of the patent-in-suit, United States Patent No. 5,633,329.

SIGNED at Houston, Texas, this 25th day of February, 2015.

_____
HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE