UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| BASF CORPORATION, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2733 |
| | § | |
| SNF HOLDING COMPANY, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**IT IS HEREBY ORDERED** that the Courts' Order granting the Motion to Stay **(Instrument No. 31)** entered on February 25, 2015 is **VACATED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ____ day of March, 2015, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**