United States District Court
Southern District of Texas

| BASF Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>SNF Holding Company,<br>Flopam Inc., Chemtall Inc., SNF SAS,<br>SNF (China) Flocculant Co., Ltd.<br><br>               Defendants. | Case No.: 14-cv-02733<br><br>Jury Trial Demanded |
|---|---|

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404

Before this Court is Defendants SNF Holding Company's ("SNF Holding"), Flopam Inc.'s ("Flopam"), Chemtall Incorporated's ("Chemtall") and SNF SAS's ("SNF France") (collectively "Defendants'") Motion to Transfer Venue to the Southern District of Georgia Pursuant to 28 U.S.C. § 1404. Having considered the parties submissions, and for good cause, IT IS HEREBY ORDERED that:

Defendants' Motion to Transfer is DENIED.

SIGNED at Houston, Texas, this 21st day of May, 2015.

_____
HON. VANESSA D. GILMORE UNITED
STATES DISTRICT JUDGE