United States District Court
Southern District of Texas

| | |
|---|---|
| **BASF Corporation,**<br><br>                Plaintiff,<br><br>vs.<br><br>**SNF Holding Company,**<br>**Flopam Inc., Chemtall Inc., SNF SAS,**<br>**SNF (China) Flocculant Co., Ltd.**<br><br>                Defendants. | Case No.: 14-cv-02733<br><br>Jury Trial Demanded |

## AMENDED PATENT SCHEDULING ORDER

| | |
|---|---|
| 06/18/2015 | Comply with P.R. 4-2: **Parties' exchange of preliminary claim constructions and extrinsic evidence.**<br>**Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 07/16/2015 | Deadline to comply with P.R. 4-3: **Filing of joint claim construction and pre-hearing statement.**<br><br>**Disclosure of parties' claim construction experts** & service of FED. R. CIV. P. 26(a)(2) materials |
| 07/16/2015 | **Deadline for all parties to file amended pleadings (pre-claim construction).** It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It will be necessary to file a Motion for Leave to Amend after this deadline.)<br><br>**NOTE**: If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to P.R. 3-7 irrespective of whether the amendment is made prior to this deadline. |
| 07/30/2015 | **Responses to amended pleadings due.** |
| 08/13/2015 | **Discovery deadline on claim construction issues** (*see* P.R. 4-4) |

| | |
|---|---|
| 09/03/2015 | Comply with P.R. 4-5(a): **the party claiming patent infringement** must serve and file a **Claim Construction Opening Brief** with its supporting evidence. The moving party is to provide the Court with 2 copies of the binders containing their Opening Brief and exhibits. If a special master or court-appointed expert has been appointed, the moving party must provide the Opening Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 09/17/2015 | Comply with P.R. 4-5(b): **Responsive Brief and supporting evidence due to party claiming patent infringement.** The moving party is to provide the Court with two (2) courtesy copies of the Responsive Brief and exhibits. If a special master or court-appointed expert has been appointed, the nonmoving party must supply a copy of its Response on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 09/23/2015 | Comply with P.R. 4-5(c): **Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction.** The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits.<br><br>If a special master or court-appointed expert has been appointed, the moving party must provide the Reply Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert.<br><br>Parties to file a **notice** with the Court stating the **estimated amount of time** requested for the Claim Construction (*Markman*) Hearing. The Court will notify the parties if it is unable to accommodate this request. |
| 10/06/2015 | Deadline for parties (optional) to provide Court with **written tutorials concerning technology involved in patent in issue.** If a special master or court-appointed expert is hereafter selected, the parties will provide each tutorial to the master or expert. |
| 11/06/2015 | Parties to submit **Claim Construction Chart** in WordPerfect 8.0 (or higher) format in compliance with P.R. 4-5(d). |

| on  Nov. 19, 2015 [or such alternative date as may be convenient for the Court] | Claim Construction (*Markman*) Hearing at 9:30 a.m. at the United States District Court, 515 Rusk Street, Courtroom 9-A, Houston, Texas |
|---|---|

SIGNED at Houston, Texas, this 9th day of June, 2015

_____
HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE