**United States District Court**
**Southern District of Texas**

| | |
|---|---|
| BASF Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>SNF Holding Company,<br>Flopam Inc., Chemtall Inc., SNF SAS,<br>SNF (China) Flocculant Co., Ltd.<br><br>          Defendants. | Case No.: 14-cv-02733<br><br>Jury Trial Demanded |

## [PROPOSED] AMENDED PATENT SCHEDULING ORDER

| | |
|---|---|
| 06/18/2015 | Comply with P.R. 4-2:  **Parties' exchange of preliminary claim constructions and extrinsic evidence.**<br>**Privilege Logs** to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 07/16/2015 | Deadline to comply with P.R. 4-3:  **Filing of joint claim construction and pre-hearing statement.**<br><br>**Disclosure of parties' claim construction experts** & service of FED. R. CIV. P. 26(a)(2) materials |
| 07/16/2015 | **Deadline for all parties to file amended pleadings (pre-claim construction).**  It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings.  (It will be necessary to file a Motion for Leave to Amend after this deadline.)<br><br>**NOTE**:  If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to P.R. 3-7 irrespective of whether the amendment is made prior to this deadline. |
| 07/30/2015 | **Responses to amended pleadings due.** |
| 08/13/2015 | **Discovery deadline on claim construction issues** (*see* P.R. 4-4) |

US_ACTIVE-122027367

| | |
|---|---|
| 09/03/2015 | Comply with P.R. 4-5(a):  **the party claiming patent infringement** must serve and file a **Claim Construction Opening Brief** with its supporting evidence.  The moving party is to provide the Court with 2 copies of the binders containing their Opening Brief and exhibits.  If a special master or court-appointed expert has been appointed, the moving party must provide the Opening Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 09/17/2015 | Comply with P.R. 4-5(b):  **Responsive Brief and supporting evidence due <u>to</u> party claiming patent infringement.**  The moving party is to provide the Court with two (2) courtesy copies of the Responsive Brief and exhibits.  If a special master or court-appointed expert has been appointed, the nonmoving party must supply a copy of its Response on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 09/23/2015 | Comply with P.R. 4-5(c):  **Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction.**  The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits.<br><br>If a special master or court-appointed expert has been appointed, the moving party must provide the Reply Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert.<br><br>Parties to file a **notice** with the Court stating the **estimated amount of time** requested for the Claim Construction (*Markman*) Hearing.  The Court will notify the parties if it is unable to accommodate this request. |
| 10/06/2015 | Deadline for parties (optional) to provide Court with **written tutorials concerning technology involved in patent in issue.**  If a special master or court-appointed expert is hereafter selected, the parties will provide each tutorial to the master or expert. |
| 11/06/2015 | Parties to submit **Claim Construction Chart** in WordPerfect 8.0 (or higher) format in compliance with P.R. 4-5(d). |

| | |
|---|---|
| on or about 11/13/2015 [or such alternative date as may be convenient for the Court] | **Claim Construction (*Markman*) Hearing at** 9:00 a.m. **at the United States District Court, 515 Rusk Street, Courtroom 9-A, Houston, Texas** |

SIGNED at Houston, Texas, this 10th day of _July_, 2015

_____

HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE