# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2014— SXS —1367

☒ 1. 文书已予送达*
    that the document has been served *
    que la demande a été exécutée*

| — 日期:<br>the (date) / le (date) : | May.7, 2015 |
|---|---|
| — 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) | No.6, North Binjiang Road, Taixing Economic Development Zone, Taixing City, Jiangsu Province, China |

— 采用的第五条所规定的送达方法为:
  in one of the following methods authorised by Article 5:
  dans une des formes suivantes prévues à l'article 5 :

☒ a) 依公约第五条第一款第（一）项的规定。*
      in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
      selon les formes légales (article 5, alinéa premier, lettre a)*
      **delivered properly**

☐ b) 依下述特定方法*
      in accordance with the following particular method*:
      selon la forme particulière suivante*

☐ c) 交付给自愿接受的收件人。*
      by delivery to the addressee, if he accepts it voluntarily*
      par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | Xiaoxia Qian |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte | not mentioned |

☐ 2. 由于下列事实文书未能送达：*
    that the document has not been served, by reason of the following facts*
    que la demande n'a pas été exécutée, en raison des faits suivants*

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*:
  Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

附：
Annexes / Annexes

| 退还的文书:<br>Documents returned<br>Pièces renvoyées | _____ |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service<br>Le cas échéant, les documents justificatifs de l'exécution | _____ |

*适当时
if appropriate / s'il y a lieu

制于（地点）Beijing
Done at / Fait à

日期 Jun.12, 2015
the / le

签名和（或）盖章
Signature and/or stamp / Signature et / ou cachet

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

FX-15-130
SX-14-1367

# 江苏省泰兴市人民法院
## 送 达 回 证

| 案　由 | | 案号 | |
|---|---|---|---|
| 送达文书名称和件数 | 传票、举证通知书、应诉通知书、诉讼风险提示书、证据、诉状副本中英文各一份 | | |
| 受送达人 | 爱森（中国）絮凝剂有限公司 | | |
| 送达地址 | 泰兴经济开发区滨江北路6号 | | |
| 受送达签名或盖章 | 戚晓衣　　16:35.　　2015年5月7日　　13952655312 | | |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

　　填发人　　王华　　　　　　　　　　送达人　吕兵、王华

注：1.送达刑事诉讼文书，按照刑事诉讼法的规定办理，送达民事、行政诉讼文书，按照或参照民事诉讼法的规定办理。
　　2.代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

14-cv-1367

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Reed Smith, LLP<br>811 Main St., Suite 1700<br>Houston, TX 77002<br>U.S.A.<br>Tel: 713-469-3881 Fax:713-469-3899<br>email: rriddle@reedsmith.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6. Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing 100020, People's Republic of China<br>Tel: +86 10 6515 3113 Fax: +86 10 6515 3144<br>Email: ivylee319@vip.sina.com |
|---|---|

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(identity and address)
(identité et adresse)
SNF (China) Flocculant Co., Ltd
No. 6. North Binjiang Road
Taixing Economic Development Zone Taixing, Jiangsu Province, 225442, China
Tel: +86 523 8767 6300 Fax: +86 523 8767 6423
爱森(中国)絮凝剂有限公司
中国江苏省泰兴市泰兴经济开发区滨江北路6号, 邮编 225442
电话:+86 523 8767 6300 传真:+86 523 8767 6423

☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :
_____

☐ c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Summary of the Documents to be Served
- Summons in a Civil Action
- Complaint (with Exhibit A - U.S. Patent 5,633,329)
- Chinese Translations of Summons and Complaint

* if appropriate / s'il y a lieu

| Done at / Fait à Houston, Texas, USA.<br><br>The / le October 24, 2014 | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

Permanent Bureau September 2011

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
    que la demande a été exécutée*

| — the (date) / le (date): | ____ |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | ____ |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* :<br>____ |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | ____ |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ____ |

☐ 2. that the document has not been served, by reason of the following facts*:
    que la demande n'a pas été exécutée, en raison des faits suivants* :

____

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | ____ |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | ____ |

* if appropriate / s'il y a lieu

| Done at / Fait à ____ .<br><br>The / le ____ | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

Permanent Bureau September 2011

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Robert Riddle<br>Reed Smith, LLP<br>811 Main St., Suite 1700<br>Houston, TX 77002<br>U.S.A.<br>Tel: 713-469-3881  Fax: 713-469-3899<br>email: rriddle@reedsmith.com |
| **Particulars of the parties*:**<br>Identité des parties* : | BASF Corporation, Plaintiff<br><br>SNF Holding Company,<br>Flopam Inc., Chemtall Inc., SNF SAS,<br>SNF (China) Flocculant Co., Ltd., Defendants |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT**\*\*
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | A civil action for patent infringement pursuant to 35 U.S.C. 271 has been commenced against the Defendants |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Defendant or Defendant's attorney must file with the Clerk of Court that issued the Summons provided herewith and must serve on the Plaintiff the following: a written answer to the Complaint provided herewith or a motion under Rule 12 of the Federal Rules of Civil Procedure. This written answer or motion must be filed with the Clerk of Court and served on the Plaintiff within 21 days after the service of the attached Summons. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | A written answer or motion must be filed and served as described above within 21 days after Defendant is served with the Summons |

\*\* If appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT**\*\*
ACTE EXTRAJUDICIAIRE\*\*

Permanent Bureau September 2011